**UNITED STATES of America, Plaintiff—Appellee,**

**v.**

**Hector HERNANDEZ, Defendant— Appellant.**

**No. 05–16384.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 23, 2006.*

Decided Jan. 27, 2006.

John K. Vincent, Esq., Office of the U.S. Attorney, Sacramento, CA, for Plaintiff— Appellee.

Hector Hernandez, Lompoc, CA, pro se.

Before: T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

---

**MEMORANDUM \*\***

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard); *United States v. Cruz*, 423 F.3d 1119 (9th Cir.2005).

Accordingly, Appellee's motion for summary affirmance is granted.

**AFFIRMED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

